FILED

Brenda Bratton Orea and Charlie Orea
12899 E. Rancho Estates Pl.
Rancho Cucamonga, California 91739
(909) 243-0467
In Pro-Per

2022 AUG -1 PM 2:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

**FEE PAID**

## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

For the True, Proper-Name Brenda Bratton Orea
and Charlie Orea,

                    Plaintiffs,

vs.

Wells Fargo Bank National Association as Trustee
For Structured Asset Mortgage Investment II Inc.,
GreenPoint Mortgage Funding Trust 2006-AR2,
Mortgage Pass-Through Certificates, Series 2006-AR2;
**San Bernardino Superior Court:**
Trustee-Chief Financial Officer,
Nancy CS Eberhardt,
Trustee-Judge Lynn M. Poncin,
Trustee-Judge Winston Keh;
Quality Loan Service, Corporation;
~~McCarthy & Holthus LLP~~:
Attorney Kevin McCarthy, and or successor,
Attorney Melissa Robbins-Coutts, and or successor,
~~KUTAK ROCK LLP~~:
Attorney Steven M. Dailey and or Successor;
~~San Bernardino County Council~~:
Miles Kosinski;
Attorney Kea and Nicole Owens;
Shelley O'Malley and/or successor;
Deputy Sheriff Deer,
~~Reson Nu Construction, Inc.~~
Patrice Reconnu DOES 1-10,
                    Defendants,

**ORIGINAL COMPLAINT**

EDCV22-01355-JGB(KS)

CIVIL RIGHTS VIOLATIONS:
Title 42 U.S.C .§1983; 42 U.S.C.§1981
42 U.S.C.§1982; 42 U.S.C.§ 1985;
42 U.S.C. §1988; Tucker's Act
28 U.S.C. §§ 1346(a) and 1491.
Declaratory Judgment and Injunctive
Relief Title -28 U.S.C. §2201 and 2202
Violation of Treason Title-18 §2381;

Violation of Perjury of Oath of Office
Title 18 § 2384; For Violation of Fraud

Swindles Title 18 §1341

**For the Trial by the Jury is Demanded**

Concurrently Filing:
Affidavit of Joseph Esquivel
Declaration of William Paatalo
Declaration of Diane Hernandez
Declaration of Bart Baggett
Declaration of Pamela Zander

For the Plaintiffs reserves the right to
Amend

- 1 -

**COMES NOW** the Plaintiffs, Brenda Bratton Orea and Charlie Orea, are citizens of the Republic State of California, we are African American in the above-captioned matter and submitting this Verified-Complaint as follows:  This Verified-Complaint incorporates all of the allegations Exhibits that have been submitted in this case.

"We the People are the Rightful Masters of Both the Congress and the Courts. Not to Overthrow the Constitution, but to overthrow the men who prevent the Constitution." Abraham Lincoln.

*NOTICE FOR THE TRUSTEES IS A NOTICE FOR THE TRUST*

*NOTICE FOR THE TRUST IS A NOTICE FOR THE TRUSTEES*

Abbreviations: U.S.C. = UNITED STATES CODES

i.   C.U.S. = CONSTITUTION OF THE UNITED STATES

ii.   F.R.C.P. = FEDERAL RULES OF CIVIL PROCEDURE

iii.   United States = Trust hereinafter U.S.T.

iv.   Public Officer = Trustee = Obligee

**"NOTICE"**

**"NO THIRD PARTIES" CAN ENTER INTO THIS INCORPORATION-ACTION-COMPLAINT-CASE, ALL DEFENDANT-TRUSTEES MUST ANSWER THEIR OWN COMPLAINT.  MUST HAVE FIRST HAND KNOWLEDGE OF THE FACTS LIST OF DEFENDANTS.**

For the Defendant Wells Fargo Bank National Association as Trustee for Structured Asset Investment II Inc., GreenPoint Mortgage Funding Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2 (collectively "WFBNA)

For the Defendant-Trustee/Administrator/CFO Nancy CS Eberhardt, this Complaint shall be answered by Nancy CS Eberhardt; and

For the Defendant-Trustee Lynn M. Poncin, this Complaint shall be answered by the Defendant-Trustee Lynn Poncin; and

For the Defendant-Trustee Winston Keh, this Complaint shall be answered by

- 2 -

Defendant-TrusteeWinston Keh; and

Quality Loan Service Corporation,

For the Defendant Kevin McCarthy, this Complaint shall be answered by Defendant Kevin McCarthy, and

For the Defendant Melissa Robbins-Coutts, this Complaint shall be answered by Defendant Melissa Robbins-Coutts; and

For the Defendant Steven M. Dailey, this Complaint shall be answered by Defendant Steven M. Dailey; and

For the Defendant Miles Abernathy Kowalski, this Complaint shall be answered by Defendant-Trustee Miles Abernathy Kowalski; and

For the Defendant Kea, this Complaint shall be answered by Defendant Hua;

For the Defendant Nicole Owens, this Complaint shall be answered by Defendant Nicole Owens

For the Defendant Shelley O'Malley, this Complaint shall be answered by Shelley O'Malley; and

For the Defendant-Deputy Sheriff Deer, this Complaint shall be answered by Defendant Deputy Sheriff Deer; and

For the Defendant Patrice Reconnu, this Complaint shall be answered by Defendant Patrice Reconnue.

**Rules for the Attorneys that Trespass**

**"NOTICE "** Attorney(s) shall by the Production of Document as required by the State of California and Plaintiffs **(a)** Certificate of Admission by the clerk of the California Supreme Court to Practice Law in the State of California. **(b)** Attorney must obtain a BAR Card to become a member of the California BAR Association: **"Note a BAR Card is not a License"** **(c)** the attorney must contact the State of California and obtain a license under the Business and Professions code 6067; which complies with California Business and Professions Code 6064(a) **(d)** the attorney must obtain a Bond through a Bonding Company **(e)**The attorney must also have an Approved oath of office;

All Copies shall be given to the Plaintiffs for the approval by the Plaintiffs to be an Attorney

for any of the Defendants in this Case no Legal Documents can be performed until Attorney is Approved; and All Attorneys must produce these Documents to show that he or she are Qualified to Practice Law in the State of California and to be a Lawful Attorney in the State of California:

## I.     INTRODUCTION: NATURE OF THE CASE

PLAINTIFFS' VERIFIED COMPLAINT FOR VIOLATION OF CIVIL & CONSTITUTIONAL RIGHTS & REQUEST FOR ATTORNEY FEES UNDER 42 U.S.C.§1988

This is an Original Complaint brought by Brenda Bratton Orea and Charlie Orea (Plaintiffs) Pursuant to 42 USC §1983 for deprivation and violations of Civil Rights, Constitutional rights, privileges and immunities. Defendants and each of them, have intentionally engaged in a conspiracy to defraud, and deprive plaintiffs of valuable property and entered into a Civil conspiracy to unlawfully interfere with and/or deprive plaintiffs of rights protected under the Constitution of the United States of America.  The acts alleged herein arose from illegal acts stemming from the following unlawful acts: **to wit**

**This is a claim for civil rights violations which seek to deprive plaintiff of real property protected under the Constitution, a fraudulent trustee deed upon sale recorded by defendants Wells Fargo Bank, NA, Fraudulent Assignments of Trustee by Quality Loan Service Corporation, and a fraudulent grant deed recorded to WFBNA. Plaintiff is entitled to actual damages for fraud and punitive damages.**

### A . **Statement of Jurisdiction**

Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory provisions: 28 U.S.C.A. §1343(3) (1948) and 28 U.S.C.A. §(1948). The former statute permits federal district courts to hear cases involving the deprivation of civil rights, and the larger statute permits federal courts to hear all cases involving a federal question or issue.  Cases brought under section 1983 may therefore be heard in federal courts by application of both jurisdictional statutes.  The Cause of Action can be found at 5 USC §702.

- 4 -

For the Plaintiffs brings this Complaint under the Constitution of the United States of America under the First Amendment; the right of the People Peaceably to Assemble, and to Petition the government for a redress of Grievances; and

Plaintiffs claims State and Federal Jurisdiction under California Constitution Art. 1 Sec. 1: and federal jurisdiction  pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution his action arises under the provision Declaratory Judgment Act 28 U.S.C §2201.  This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question) and 18 U.S.C. §1964(a) and (c)

For the Title 18 U.S.C. §1964(a) and (c)(a).  The district courts of the United States shall have jurisdiction to prevent and retain violations of section 1962 of this chapter by issuing orders including, but not limited to: ordering any person to divest himself of any interest, direct or indirect, in any enterprise imposing reasonable restrictions on the future activities or investments of any person including, but not limited to, prohibiting any person from engaging in the same type of endeavor as the enterprise engages, in the activities of which affect interstate or foreign commerce or ordering dissolution or reorganization of any enterprise, making due provisions for the rights of innocent persons.

Any person injured in his business or property by reason of a violation of section 1962. If this chapter may sue therefore in any appropriate United States District court shall recover threefold the damages he sustains and the cost of the suit, including reasonable attorney's fees.

Title-28 U.S.C.§§1343, which provides for a *federal court forum* in which citizens my seek regress from the deprivation of rights, privileges, and immunities under color of state law.

Title 28  U.S.C. §1331, the general federal question statute.  Title 28 U.S.C. § 2201 and §2202, the federal declaratory relief and injunctive relief statutes, to declare the rights of he parties.

This Court may exercise supplemental jurisdiction pursuant to Title 28 U.S.C.§ 1367(a) over Plaintiffs state claim for violations of California Government Code §§ 1454, 1460, §1771(i) and Article 1 § 6 of the California Constitution as these claims are so related to the Plaintiffs claims in the action within the original federal question jurisdiction that it forms part of the same case or controversy under Article III of the United States Constitution.

### Article III Standing

Plaintiffs has Article III standing when he shows: (1) an injury in fact, (2) causation, (3) and redressability The Plaintiffs will meet the constitutional standing requirements, necessary to suing a federal agency under the APA.  Plaintiff will show he was injured, and the injury is linked to the defendants' conduct unlawful policies and procedures; and the injury is capable of redress under the civil rights laws.  The plaintiff also has an interest with the "zone of interests" protected by federal law governing the agency's actions.

The Constitution for the United States of America, the First Amendment to the United States Constitution, all of the above statutes but not limited thereto.

For this Complaint-action arises under Title 42 USC §1986 for the knowledge of the law and for not Stopping and correcting of a wrong Court-Officers, Defendants and Defendant-Trustees for the Constitutional Violations and Causing an Injury to the Plaintiffs, under the Title 42 USC §1983 for  violations of certain protections guaranteed to the Plaintiffs as One of the People by the Amendments of the Federal Constitution , by the Defendants and Defendants-Trustees under the color of law under the 14th Amendment for **\*Equal Protection of the Law** in each Defendants-Trustees capacity as a Public-officer and Trustees,. For the People, as per **63C Am Jur. 2d Public officers and Employees,** §247.

Jurisdiction is further based upon **42 USC §1983** (Civil Action for Deprivation of Rights):

Every person who, under color of any statute, ordinance, regulation, custom or usage of any State or Territory or the District of Columbia, subjects, or cases to be subjected and citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.  For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

**42 USC §1981** (Equal rights Under Law), **42 USC §1982** (Property Rights of Citizens), **42 USC §1985** (Conspiracy to interfere with Civil rights), **42 USC §1986** (Action for Neglect to Prevent) and **42 USC §1988** (Proceeding in Vindication of Civil Rights). Extortion of Rights,  **Title 18 USC § 1621** "Deprivation of Rights" Perjury of Oath of Office and Constructive-Treason.

### The Tucker Act:

Tucker Act exposes the government to liability for certain claims.  Specially, the Act extended the original Court of Claims' jurisdiction to include for liquid or unliquidated damages arising from

the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation and and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch 359,24 Stat.505, 28 U.S.C. § 1491) is a federal statute of the United States buy which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

## II.    Venue

Venue of this Court is proper pursuant to Title 28 U.S.C. §1391(a)(2),(b)(2), because the subject Real-Property is located in San Bernardino County, California and is based upon the wrongful acts and harm inflicted against the Plaintiffs by all Defendants and Defendants-Trustees complained of herein which Defendants were acting as Agents or Assigns if the Banking and/or Lending Institutions within the State of California.

For the **Venue** is proper pursuant to Title 28 U.S.C. § 1331 and Title 28 U.S.C. §1343. For the majority of the Defendants that resides in the County of San Bernardino, for the SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO-Case No. UFDS1807640, all Defendant-Trustees are Court-Officers, Defendant Chief Financial Officer Nancy CS Eberhardt, Defendant Trustee-Lynn M. Poncin, Defendant Trustee-Winston Keh; Defendant Miles Abernathy Kowalski, Special Appearing Kea, Supervisor Clerk Nicole Owens are Court Officers of the SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO. All other Defendants Attorney Kevin McCarthy, Attorney Melissa Robbins-Coutts and or successor(s) are doing Quasi-business in the STATE OF CALIFORNIA Trust and are Public-officers of the United State Trust (U.S.T.) and/or STATE OF CALIFORNIA Trust under 63C Am.Jur.2d Public Officers and Employees §247. Defendants Shelley O'Malley, and Patrice Reconnu work on behalf of the Attorneys.

For this Venue is proper under **Title 18 U.S. Code § 1965-Venue and process; (a)** Any civil action or proceeding under this chapter against any person may be instituted in the district court of the United States for any district in which such person resides, is found, has an agent, or transacts his affairs.

**(b)** In any action under section 1964 of this chapter in any district court of the United States in which it is shown that the ends of justice require that other parties residing in any other district be

- 7 -

brought before the court, the court such parties to be summoned, and process for that purpose may be served in any judicial district of the United States by the marshal thereof.

**(c)** In any civil or criminal action or proceeding instituted by the United States under this chapter in the district court of the United States for any judicial district, subpoenas issued by such court to compel the attendance of witnesses may be served in any other judicial district, except that in any civil action or proceeding no such subpoena shall be issued for service upon any individual who resides in another district at a place more than one hundred miles fro, the place at which such court is held without approval given why a judge of such court upon a showing of good cause.

**(d)** All other process in any action or proceeding under this chapter may be served on any judicial district in which such person resides, is found, has an agent, or transacts his affairs.

### STATEMENT ABOUT THE SUPERIOR COURT DEFENDANTS

For the United States/UNITED STATES is a Trust and State of California/STATE OF CALIFORNIA is a Trust and all County's/COUNTY'S, Cities/CITIES, Court's/COURT'S all Agencies are also a Trust and the Elected-Officials, Public-Officers and Employees are Trustees of the People first, and Secondly are Trustee of the Agencies, for which he or she serves as per **63C Am.Jur.2d Public-Officers and Employees § 247,** these agencies are Quasi-Agencies operating in Bankruptcy since June 5, 1933 with Quasi-Legal-Tender and

### III.    Parties

1.      For the Plaintiffs Brenda Bratton Orea and Charlie Orea resides in Rancho Cucamonga, California 91739.  The Plaintiffs are citizens of the Republic State of California and as such is not subject to a corporate policies and rules with our an injured party and without an order from a judicial judge.  Plaintiffs were denied U.S.Constitutional Rights under the Equal Protection of the law and Due-Process of the Law under the 14th Amendment, for the Court Case of UDFS1807640, The Defendants are of the Knowledge under the Title 42 USC § 1986 for the Knowledge of the law and for the Negligence of the Law for not stopping and correcting of a wrong or Preventing of a wrong. Plaintiffs were denied the right for a Common Law Court of Record Pursuant to F.R.C.P.  Rule 38(a) declared by the 7th Amendment and **shall be preserved.**  Plaintiffs were deprived of the home and peaceful living by the egregious acts of the Defendants.

- 8 -

**Defendants**

2.      Wells Fargo Bank National Association as Trustee for Structured Asset Investment II Inc., GreenPoint Mortgage Funding Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2 (collectively "WFBNA).  Wells Fargo Bank, NA, CEO Charles Sharf, 420 Montgomery Street, San Francisco, CA 94104.  The Defendant is sued in his individual capacity.

**Defendant was participating with state actors in illegal activities in order to deprive plaintiff of valuable property and due process rights protected under law.**

3.      For the Defendant Nancy CS. Eberhardt is a Defendant-Trustee-Administrator/Chief Financial Officer and is doing Quasi-Business at the address of 247 W. Third Street, 11th Floor, San Bernardino, California 92415, is being sue in her individual capacity acting under the color of law. **Defendant was participating with state actors and foreclosure mills in illegal activities in order to deprive plaintiffs of valuable property (The Kali Trust) and due process rights protected under the law.**  For this Defendant Trustee-Administrator is of the knowledge and overseer of the fraud taking place at the Quasi-Businesses within the County of San Bernardino and for not Stopping and Correcting of the wrong and having power to prevent or aid in preventing the commission of the same, neglected or refused to do so.  She is liable to the parties injured.

4.      For the Defendant Lynn M. Poncin is a Defendant Trustee and is doing Quasi-Business at the address of 247 W. Third Street, San Bernardino, California 92415  in Case No.UFDS1807640, is being sued in her individual capacity acting under the color of law because:  For this Defendant Trustee-Poncin is of the Oath of Allegiance of the State of California Constitution and Constitution of he United States, and this Oath of Allegiance is also a Contract for the people. For this Defendant-Trustee-Poncin under Title 42 USC § 1986 for the knowledge of the law and for not Stopping and Correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglected or refused to do so.  Shall be liable to the party injured.  Plaintiffs states on July 25, 2019 to the present.

**Defendant was participating with state actors and foreclosure mills in illegal activities in order to deprive plaintiffs of valuable property (The Kali Trust) and due process rights protected under the law.  Defendant Poncin order the fatal Judgment to steal the valuable property.**

- 9 -

5. For the Defendant Winston Keh is a Defendant Trustee and is doing Quasi-Business at the address of 247 W. Third Street, San Bernardino, California 92415 in Case No.UFDS1807640, is being sued in his individual capacity acting under the color of law because: For this Defendant-Trustee-Keh is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people. For this Defendant Trustee-Keh is of the knowledge of the Law Under Title 42 USC § 1986 for not Stopping and Correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglected or refused to do so. Shall be liable to the party injured. Plaintiffs states on July 25, 2019 to the present.

**Defendant was participating with state actors and foreclosure mills in illegal activities in order to deprive plaintiffs of valuable property (The Kali Trust) and due process rights protected under the law.**

6. Quality Loan Service Corporation, 2763 Camino Del Rio S, San Diego, California 92108 **Defendant was participating with state actors in illegal activities in order to deprive plaintiff of valuable property and due process rights protected under law.**

7. For the Defendant Kevin McCarthy of McCarthy & Holthus LLP, and or Successor, is President of alleged Substitution of Trustee (SOT) Quality Loan Service Corporation, is doing business at 2763 Camino Del Rio S, Suite 100, San Diego, California 92108, is sued in as an individual. Defendant Kevin McCarthy is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance Defendant was participating with state actors in illegal activities in order to deprive plaintiff or valuable property (The Kali Trust) and due process rights protected under law.

**Defendant was participating with state actors in illegal activities in order to deprive plaintiff of valuable property and due process rights protected under law.**

8. For the Defendant Melissa Robbins-Coutts of McCarthy & Holthus LLP, and or Successor, doing business at 2763 Camino Del Rio S, Suite 100, San Diego, California 92108, is sued as an individual. Defendant Robbins-Coutts is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance Defendant was

participating with state actors in illegal activities in order to deprive plaintiff or valuable property (The Kali Trust) and due process rights protected under law.

**Defendant was participating with state actors in illegal activities in order to deprive plaintiff of valuable property and due process rights protected under law.**

9.      For the Defendant Steven M. Dailey and or Successor of KUTAK ROCK LLP, doing Business at 5 Park Plaza, Suite 1500, Irvine, California 92614 is sued as an individual.  Defendant Dailey is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance.

**Defendant was participating with state actors in illegal activities in order to deprive plaintiff of valuable property and due process rights protected under law.**

10.      For the Defendant Miles Abernathy Kowalski and or Successor, Deputy County Counsel, Sheriff's Department For the Defendant Kowalski is a Defendant Trustee and is doing Quasi-Business at the address of 655 E. 3rd Street, San Bernardino, California 92415  in Case No.UFDS1807640, is being sued in his individual capacity acting under the color of law because: For this Defendant Kowalski  is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people.  For this Defendant Trustee Kowalski is of the knowledge of the Law Under Title 42 USC § 1986 for not Stopping and Correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglected or refused to do so.  Shall be liable to the party injured.  Plaintiffs states on December 14, 2021 to the present.

**Defendant was participating with state actors and foreclosure mills in illegal activities in order to deprive plaintiffs of valuable property (The Kali Trust) and due process rights protected under the law.**

11.      For the Defendant Kea is an a Special Appointed Attorney doing business at SUPERIOR COURT OF SAN BERNARDINO COUNTY, FONTANA DISTRICT, 17780 Arrow Street, Fontana, California 92336.  Defendant is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance.

**Defendant was participating with state actors in illegal activities in order to deprive plaintiff of valuable property and due process rights protected under law.**

- 11 -

12.     For the Defendant Nicole Owens, Supervising Clerk in Unlawful Detainer, doing Quasi-Business at 17780 Arrow Street, Fontana, California 92336, is sued as an individual. **Defendant was participating with state actors in illegal activities in order to deprive plaintiff of valuable property (The Kali Property) and due process rights protected under law.**

13.     For the Defendant Shelley O'Malley and or Successor of Associated Brokers, doing business at 504 Redlands Avenue, Claremont, California 91711, is sued as an individual. **Defendant was participating with state actors in illegal activities in order to deprive plaintiff of valuable property (The Kali Property) and due process rights protected under law.**

14.     For the Defendant Sheriff Deputy Deer doing business at the San Bernardino County Sheriff Department 157 W. 5th Street, 3rd Floor, San Bernardino, California 92415. is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance Defendant was participating with state actors in illegal activities in order to deprive plaintiffs or valuable property (The Kali Trust) and due process rights protected under law.

15.     For the Defendant Patrice Reconnu, CEO Recon-Nu Construction, Inc,,doing Business at 271 W. Livingston Street, Banning, CA 92220.

## STATEMENT OF FACTS

16.     We allege that our constitutional rights, privileges or immunities hav been violated and that the following facts form the basis for my allegations.

17.     This is a civil action brought by the named Plaintiffs against the named Defendants, complaining of Civil & Property Right Violations which resulted in FRAUD, theft of real property, theft by forgery, theft by ROBO-SIGNED Trustee's Deed Upon Sale (TDUS), illegal predatory practices, unlawful foreclosure, wrongful eviction through **Unconstitutional Unlawful Detainer Court,** with a diabolical scheme to defraud, extort and to steal real property and money (equity in excess of $400,000 to $500,000.00 +)

18.     The Defendants acted with deliberate indifferent to the Constitution and or Federal Laws when they violated the Plaintiffs' right UNDER 42 USC 1983 and the Plaintiffs right to "Due Process"

19.     The Defendants conspired with deliberate indifferent to the Constitution  in a court hearing in Case Number UFDS1807640 to steal Plaintiff's home (The Kali Trust) without an injured party to

- 12 -

provide the court with jurisdiction, without any consideration of the indispensable party The Kali Trust, without due process of law.

20.    The Defendants committed real estate deed fraud through forged, false and fraudulent deeds.

21.    The Defendants violated the Plaintiff when the Defendants ignored the Plaintiffs' Jurisdictional Challenge with an Affidavit and moved forward with the unlawful foreclosure and eviction process.

22.    The foreclosure statute s unconstitutional as it is missing the 3 elements the state constitution mandates must be present for something to be a valid law, and therefore the state foreclosure process is unconstitutional.

23.    The state court lacked jurisdiction, due to the fact the attorney who filed the illegal foreclosure is a foreign agent and as such most file a complaint in the Federal Court for the court to have jurisdiction. The attorney is the only person who signed the illegal foreclosure documents in the state court with no proof of real party in interest. Therefore, is the UD Plaintiff illegally foreclosing, acting as a 3rd party debt collector.

24.    The attorney cannot litigate a case he is a party to. The attorney cannot represent himself or his firm in court or verify that he has a contract with the alleged lender to collect an alleged debt.

25.    The attorney's notice of appearance verifies she is a foreign agent and state court has no jurisdiction to hear a dispute between a State Citizen and a foreign agent. Defendant Trustee-Poncin and Defendant-Trustee Keh.

26.    Defendant Trustee-Poncin violated the Tucker's Act, and the administrative procedures act of 1946 when they enforced rules and policies that are not in harmony with the constitution or the federal laws.

27.    An administrative court has no jurisdiction over state citizens without and injured party. Under the court's unconstitutional policies. I and being forced to file our claim for remedy from an administrative agency's decision when there was no due process, and the judge is on violation of several federal laws.

28.    By its fraudulent conduct and activities, defendants have Intentionally invaded plaintiffs privacy and have violated Plaintiffs' Civil & Constitutional Rights.

- 13 -

29.    In connection with this action, Defendants sought to steal by fraud and deceit certain Real Properties, the "subject properties" to wit:

Legal Description of the Kali Trust Property: Lot 1,Tract No, 12659-1, in the City of Rancho Cucamonga, County of San Bernardino, State of California, as per plat recorded in Book 214 of Maps, Pages 84 to 88, inclusive, records of said County.

PROPERTY ADDRESS:  12899 E. Rancho Estates Pl., Rancho Cucamonga, California 91739.

30.    It is alleged that the defendants committed the following non-exclusive fraudulent and illegal acts which violated Plaintiffs' Civil and US Constitutional Rights and State Constitutional Rights as follows WFBNA, Fraudulent Trustee's Deed Upon Sale (TDUS) Recorded October 23, 2018 @ 12:49 PM.

31.    WFBNA, conspired to violate Plaintiffs' Constitutional Rights by recording false, forged, and fraudulent TDUS to fraudulently.  This caused an unlawful cloud over the title to the property and subsequently falsely convey a false grant deed to defendant WFBNA claims to have purchased the property.

## FACTUAL ALLEGATIONS

**42 USC § 1983          42 USC § 1985          42 USC §1986          42 USC § 1981**

32.    It is specifically alleged that **WFBNA** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights and constitutional rights:

*Perpetrating an unlawful foreclosure based one fraud and non compliance with the state foreclosure laws.

*Perpetrating an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.

*Filing fraudulent instruments in public record to deprive Plaintiffs of the subject property.

*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

*Depriving Plaintiffs of due process rights with regards to possession ownership of the property.

33.    It is specially alleged that **Nancy CS Eberhardt** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights and constitutional rights:

*Perpetrating a Ponzi-Scheme to help aid and abet foreclosure fraud under the color of law

* Concealment and Obstruction of Justice 18USC 1505

- 14 -

*Orchestrated an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.more speedily.

*Depriving Plaintiffs of due process rights under law in court proceedings related to property.

*Depriving Plaintiffs of due process rights with regards to possession ownership of the property.

*Negligence of the law of the California State Constitution and the U.S. Constitution.

*Negligence for not Stopping and Correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglected or refuses to do so.

*Failed in her fiduciary duty to the public.

*Orchestrated and Racketeered a plan through a focus group to use the court system to redline minority homeowners and or occupants.

*Failing go investigate civil right violations.

34.    It is specially alleged that **Trustee Lynn M, Poncin** committed the following non-exclusive acts in furtherance of the conspiracy and violations of civil rights and constitutional rights:

*Violation of the Administration Procedures Act of 1946 (The Tucker's Act)

*Participating in the misconduct of making a legal determination as an administrative judge without jurisdiction.

*Violated Article 1, Section 1 of the California Constitution, HIPAA and individual privacy rights.

*Perpetrating a Ponzi-Scheme to help aid and abet foreclosure fraud under the color of law.

*Concealment and Obstruction of Justice.

*Violated her Oath of Office.

*Denied Trial by Jury

*Committing Treason on the Constitution.

*Having the Knowledge of the Law and the Neglect for not Stopping and Correcting the wrong.

*For violation of the federal constitutional or statutory civil rights.

*Perpetrated Seditious Conspiracy

*Perpetrating an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.

*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

*Depriving Plaintiffs of due process rights with regards to possession ownership of the property.

*Denied equal protection under the law.

*ExParte Communication.

*Perpetrated a coup on Plaintiffs Appeal and Vacated a Void Judgment.

35.    It is specially alleged that **Trustee Winston Keh** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights and constitutional rights:

- 15 -

*Participated in the misconduct of making legal determination as an administrative judge without jurisdiction.

*Perpetrated to aid and abet foreclosure fraud under the color of law.

*Committing Treason on the Constitution.

*For the Knowledge of the Law and the Neglect for not Stopping and Correcting the wrong.

*For violation of the federal constitutional or statutory civil right.

*Perpetrating an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.

*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

*Depriving Plaintiffs of due process rights with regards to possession ownership of the property.

*Denied equal protection under the law.

36.    It is specially alleged that **Quality Loan Service Corporation** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

*Perpetrating an unlawful foreclosure based one fraud and non compliance with the state foreclosure laws.

*Perpetrating an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.

*Filing fraudulent instruments in public record to deprive Plaintiffs of the subject property.

*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

*Depriving Plaintiffs of due process rights with regards to possession ownership of the property.

*Violated Defaulted Laws.

37.    It is specially alleged that **Kevin McCarthy** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

*Perpetrating an unlawful foreclosure based one fraud and non compliance with the state foreclosure laws.

*Perpetrating an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.

*Perpetrating the filing fraudulent instruments in public record to deprive Plaintiffs of the subject property.

*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

*Depriving Plaintiffs of due process rights with regards to possession ownership of the property
*

38.    It is specially alleged that **Melissa Robbins-Coutts** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

*Perpetrating an unlawful foreclosure based one fraud and non compliance with the state foreclosure laws.

*Perpetrating an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.

*Perpetrating the filing fraudulent instruments in public record to deprive Plaintiffs of the subject property.

*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

*Depriving Plaintiffs of due process rights with regards to possession ownership of the property.

*Fabricated and alter Court Order of Federal Judge for Unlawful Detainer Purposes

*Violated  Supremacy Clause of the U.S. Constitution Court Order of Automatic Stay 11 USC 362(a)

*Violated Discharge Injunction 727.

*Committed misrepresentation of real party of interest.

*ExParte Communication.

*Defaulted on Jurisdictional Challenge (Case No. CIVDS1934141).

*Violated FDCPA.

39.    It is specially alleged that **Steve M. Dailey** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

*False representation

*Perpetrating an unlawful foreclosure based one fraud and non compliance with the state foreclosure laws.

*Perpetrating an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.

*Perpetrating the filing of fraudulent instruments in court records to deprive Plaintiffs of the subject property.

*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

*Depriving Plaintiffs of due process rights with regards to possession ownership of the property.

*Violated F.R.C.P. Rule 7007.1

*Violated Discharge Injunction 727.

*Committed misrepresentation of real party of interest.

*Failed to answer Jurisdictional Challenge.

*Contempt of Subpoena, validate representing real party of interest.

*Violated Cease and Desist Orders pursuant to FDCPA.

40.    It is specially alleged that **Miles Abernathy Kowalski** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights and constitutional rights:

*Perpetrating an unlawful eviction based on fraud and non compliance with the state foreclosure laws.

- 17 -

\*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

\*Depriving Plaintiffs of due process rights with regard to possession of the property.

\* Obstruction of Justice.

\*Violated Automatic Stay Pursuant to 11 U.S.C. 362(a)

\*Violated Discharge Injunction pursuant to 11 U.S.C. 524(a).

\*Violated Indispensable Party Doctrine.

\*Perpetrated to aid and abet foreclosure fraud under the color of law.

\*Committing Treason on the Constitution.

\*Having the Knowledge of the Law and the Neglect for not Stopping and Correcting the wrong.

\*For violation of the federal constitutional or statutory civil right.

\*Perpetrating an unlawful eviction (malicious prosecution) to remove Plaintiffs from physical possession.

41. It is specially alleged that **Attorney Hea** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

\*Perpetrating an unlawful eviction based on fraud and non compliance with the state foreclosure laws.

\*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

\*Depriving Plaintiff of due process right with regards to possession of the property.

42. It is specially alleged that **Nicole Owens** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

\*Obstruction of Justice

\*Perpetrating an unlawful eviction based on fraud and non compliance with the state foreclosure laws.

\*Depriving Plaintiffs of due process rights under law in court proceedings related to the property.

\*Depriving Plaintiffs of due process rights with regards to possession of the property.

43. It is specially alleged that **Shelley O'Malley** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

\*Depriving Plaintiffs of due process rights with regards to possession of the property.

44. It is specially alleged that **Deputy Sheriff Deer** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

\*Obstruction of justice 18 U.S.C. 1503.

\*Violation of Constitutional Oath

*Perpetrated an unlawful eviction based on fraud and non compliance with the state foreclosures laws.

*Depriving Plaintiffs of due process right under law with regards to possession of the property.

*Pose a physical threat to Plaintiffs.

*Operated outside of court order 11 U.S.C. 362(a) and 11 U.S.C. 524(a)

45.    It is specially alleged that **Patrice Reconnu** committed the following non-exclusive acts in furtherance of the conspiracy, and violations of civil rights, and constitutional rights:

CLAIM 1: **42 USC §1983 -Civil Action for Deprivation of Rights**
Against All Named Defendants

**All proceeding paragraphs**
**Affidavits of Joseph Esquivel, Declarations of William Paatalo, Declaration of Diana Hernandez, Declaration of Bart Baggett, and Declaration of Pamela Zander concurrently filed with this Complaint, the Claims and previous paragraphs and Exhibits incorporated herein by reference as if fully set forth herein.**

46.    The following civil rights has been violated:

a. THE RIGHT TO RESIDE IN RESIDE IN PROPERTY AND BE FREE FROM FRAUD

b. THE RIGHT TO PRIVACY.

c. THE RIGHT TO DUE PROCESS RELATED TO THIRD PARTY CLAIMS AGAINST AGAINST THE PROPERTY.

d. THE RIGHT TO BE FREE FROM DEBT HARASSMENT FROM INDIVIDUALS CLAIMING AN INTEREST IN THE SUBJECT PROPERTY.

e. THE RIGHT TO DUE PROCESS UNDER CALIFORNIA LAW REGARDING REAL PROPERTY RIGHTS

f. THE RIGHT TO DUE PROCESS UNDER FEDERAL LAW REGARDING PROPERTY RIGHTS.

g. THE RIGHT TO BE FREE FROM EVICTION AND UNLAWFUL FORECLOSURE SCAMS.

47.    Defendant Wells Fargo Bank, NA participated in and committed the FRAUD described in **Exhibit "A".**

48.    Defendant Nancy CS Eberhardt, participated in and committed the FRAUD described herein:

49.     On July 13, 2015, former Presiding Judge Marsha G. Slough, Assistant Presiding Raymond L. Haight, Court Legal Staff, former Court Executive Officer of the Court Christina M. Volkers and Defendant Eberhardt as Deputy to the former Ms. Volkers of the San Bernardino Superior Court, met with Plaintiffs, other pro-per litigants and the Civil Rights Organization National Association for Equal Justice in America (NAEJA). **See Exhibit "B".**

50.     The meeting was to present complaints of wrongful treatments that pro-per litigants were receiving from the judicial systems and how to resolve these matters.

51.     Again, on December 11, 2015 NAEJA met with Ms. Volkers, Defendant Eberhardt to discuss more concerns regarding the lack of due process that was occurring in the Unlawful Detainer Court that was taking their homes.   Ms. Volkers showed much concerned about the complaints.

52.     On December 28, 2015, NAEJA  received a correspondence from Ms. Volkers thanking NAEJA for the meeting, stating that they have made detailed notes of the concerns and have formed a focus group. **See Exhibit  "B".**

53.     Shortly, after this correspondence was received by NAEJA, Ms. Volkers was place on Administrative Leave, with Defendant Eberhardt pointed to the position as interim.

54.     Defendant Eberhardt had no intentions and made no attempts to improve the bad practices of the courts and the clerks. Instead the Unlawful Detainer Cases are handled with harsher penalties against foreclosed homeowners.  The Commissioners and UD Judges act with deliberate indifference to the Constitution and or federal laws when they violate the Plaintiffs' rights UNDER THE 42 USC CODE SEC 1983.

55.     The foreclosure statute is unconstitutional as it is missing the 3 elements the state constitution mandates must be present for something to be a valid law.  Therefore the foreclosure process is unconstitutional .

56.     The state court lacked jurisdiction, due to the fact the attorney who filed the illegal foreclosure is a foreign agent and as such must file a complaint in the federal court for the court to have jurisdiction.

57.     The attorney is the only person who signed the illegal foreclosure documents in the state court.  Therefore the UD Plaintiff is acting as a 3rd party debt collector.  The attorney cannot litigate a case he is a party to.  The UD Plaintiff does not have to show that they are the real parry of interest.

58. Defendant Eberhardt has relaxed the UD rules when it comes to UD Plaintiff(s). Special Appearing Attorney(s) with no first hand information is allowed to stand before the judge or commission, answer to nothing and be granted immediate judgment for Writ of Possession.

59. The Plaintiffs with a plethora of evidence that is beyond the capacity of the UD scope is trapped in unlawful detainer (with the Commissioners or Judges knees on their necks) to get a Writ of Possession against them. The courts is dismissive of indispensable party doctrine. The court is dismissive of their own bench guide rules of General Denial, Motion to Quash. No Court Seal is necessary on the Defendants Summons, Title is ignored. Deny Jury Trial.

60. These are the practices to only name a few, that Defendant Eberhardt has allowed to take place under her jurisdiction.

62. Plaintiffs have issued several complaints to Defendant Eberhardt, only to be ignored.

63. Defaults won in Plaintiffs' State Quiet Title Action CIVDS1307416 against Quality Loan Service, JPMorgan Chase National Association, JPMorgan Chase & Company that have never been set aside. Instead Uncontested Defaulted Defendant Quality Loan Service Corporation alleged a foreclosure and file a fraudulent Trustee's Deed Upon Sale (TDUS). The TDUS was alleged to name Defendant WFBNA as highest bidder. The Plaintiffs' have an Entry of Default against WFBNA. The Entry of Default is missing, with conflicting explanations, one from the Judge Ochoa and the Executive Office who is alleged to have investigated the matter. Somehow, the Executive Office has not resolved the matter, and the defaulted entities win Judgment for Writ of Possession in Court Case UDFS1807640 signed by Defendant Poncin. **See Exhibit "D".**

61. Defendant Nancy CS Eberhardt conspired to violate Plaintiffs Constitutional Rights by having the knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution for Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same. Defendant Eberhardt allowed the court clerks to Conceal and Obstruction of Justice: 18 USC § 1505 states:

"Whoever, with intent to evade, prevent or obstruct compliance, in

whole or in part with any civil investigative demand duly and properly made under the

Antitrust Civil Process Act, willfully withholds, misrepresents, removes from any

- 21 -

place, conceals, covers up, destroys, mutilates, alters, or by other means falsifies any documentary material answers."

62.    Defendant-Trustee Poncin jointly conspired with Defendant foreclosure mills in court case UDFS1807640 against Plaintiffs.  Action Lack of Due-Process or NO DUE PROCESS. = "Obstruction of Justice"= Title 18 Chapter 63 USC 1512 and "Perjury of Oath" = Title 18 USC 1621 and "Deprivation of Rights" = Title 18 USC 242.  The Plaintiffs were denied U.S. Constitutional Rights under the Equal Protection of the law and Due-Process of the Law under the 14th Amendment. Defendant-Trustee Poncin is being sued for the Fraud F.R.C.P. 9(b), is of the Negligence for the Knowledge of the Law and Negligence of not Stopping of a Wrong or Preventing of the Wrong. **See Exhibit "E".**

63.    Defendant-Trustee Keh jointly conspired with Defendants foreclosure mills in Court Case Number UDFS1807640 against Plaintiffs.  Action Lack of Due-Process or NO DUE PROCESS. = "Obstruction of Justice"= Title 18 Chapter 63 USC § 1512 and "Perjury of Oath" = Title 18 USC § 1621 and "Deprivation of Rights" = Title 18 USC § 242.  The Plaintiffs were denied U.S. Constitutional Rights under the Equal Protection of the law and Due-Process of the Law under the 14th Amendment.  Defendant-Trustee  Keh  is being sued for the Fraud F.R.C.P. 9(b), is of the Negligence for the Knowledge of the Law and Negligence of not Stopping of a Wrong or Preventing of the Wrong.  **See Exhibit "F"**

64.    Defendant Quality Loan Service Corporation (QLS) FRAUDULENT TDUS RECORDED October 23, 2018@ 12:49 PM and the forged, false and fraudulent Substitution of Trustee Recorded on June 2, 2009 at 8:00 am.  QLS conspired to violate Plaintiffs constitutional rights by recording false and fraudulent trustee deed upon sale causing an unlawful cloud over the title t the property and further committed intention fraud claiming to be a trustee under Plaintiffs' deed of trust. **This is a claim for civil rights violation which seek to deprive plaintiff of real property property protected under the Constitution, a fraudulent Substitution of Trustee (SOT) signed by indicted Lorraine Brown,  Lending Processing Service's ("LPS") employees Liquenda Allotey and falsely notarized by James Morris.**

65.    Defendant Kevin McCarthy of McCarthy & Holthus LLP, Fraudulent Eviction Scheme.

Defendant Kevin McCarthy conspired with WFBNA to illegally evict Plaintiff based on fraudulent scheme stemming from Racketeering activity.

66. Defendant Melissa Robbins-Coutts of McCarthy & Holthus LLP conspired with WFBNA, to illegally evict Plaintiffs based on fraudulent scheme stemming from Racketeering activity.

67. Defendant Steven M. Dailey of KUTAK ROCK LLP conspired with WFBNA, to illegally evict Plaintiffs based on fraudulent scheme stemming from Racketeering activity.

68 . Defendant Attorney Miles A. Kowalski conspired with WFBNA, Defendant McCarthy, Defendant Coutts, Defendant Deputy Sheriff Deere,Defendant Shelley O'Malley and Patrice Reconnu to illegally evict Plaintiffs based on fraudulent scheme stemming from Racketeering activity.

69. Defendant Attorney Hea conspired with WFBNA, Defendant Kevin McCarthy, Defendant Attorney Melissa Coutts to make special appearances on their behalf in the Unlawful Detainer hearing. Attorney Hea, emphatically states that he is there representing McCarthy & Holthus LLP, no mention to Wells Fargo Bank NA, until it is challenged by the Mrs. Orea. He has no Declaration before the Court pursuant to CCP 446& CCP 396a. His purpose is to obtain an illegally Writ of Possession evict Plaintiffs based on fraudulent scheme stemming from Racketeering activity.

70. Defendant Nicole Owens conspired with foreclosure mills WFBNA, Defendant Kevin McCarthy, Defendant Melissa Coutts to illegally evict Plaintiffs based on fraudulent scheme stemming from Racketeering activity.

71. Defendant Shelley O'Malley conspired with foreclosure mills WFBNA, Defendant Attorney Kevin McCarthy, Defendant Attorney Melissa Coutts, Defendant Deputy Sheriff Deer, Defendant Patrice Reconnu to illegally lockout Plaintiffs based on fraudulent scheme stemming from Racketeering activity, Defendant is attempting to sell using a false title, strips equity of $400,000.00 plus and place a straw buyer into the property. Defendant O'Malley is very aware that the property is in a Trust and that the title is not clear. She is in violation of her Code of Ethics as a Realtor.

72. Defendant Deputy Sheriff Deer conspired with foreclosure mills WFBNA, Defendant Attorney Kevin McCarthy, Defendant Melissa Coutts, Defendant Shelley O'Malley, Defendant Patrice Reconnu to illegally evict Plaintiffs based on fraudulent scheme stemming from Racketeering

activity.  Ignoring Automatic STAY of July 14, 2022, Notice of Stay of Proceeding filed in UD Court on July 14, 2022 by UD Judge Jay Robinson.

73.    Dispatch over 6 Sheriffs with more coming to make it appear that we were dangerous in order to cause a raid on the property.  This was against 4 African Americans Senior Citizens.

74.    Defendant Deputy Sheriff Deer, witnessed the Grant Deed of the KaliTrust and witness no such name on the Writ of Possession.

75.    Defendant Deer, used a Writ of Possession from March 4, 2022, that was voided by Order of Discharge Plaintiff Brenda Orea received on March 21, 2022 against the UD Plaintiff's Unsecured lien.  Listed on the Creditors' Matrix, Schedule "F".

76.    Defendant Deer, lied repeatedly and order Defendant Patrice Reconnu to lock out.

77.    Defendant Deer violated his Constitutional Oath to protect the public as he posed a serious threat to the Plaintiffs.

78.    Defendant Patrice Reconnu conspired with the foreclosure mills WFBNA, Defendant Attorney Keven McCarthy, Defendant Melissa Coutts, Defendant Shelley O'Malley, Deputy Sheriff Deer to illegally change the locks on the Kali Trust property, chain the front doors, posted no Trespassing Signs to forbid us to enter by on to the premises without their permission.  This has occurred when the Kali Trust via Grant Deed is the legal title owner that was not foreclosed on nor was it a party to the unconstitutional unlawful detainer case.  This fraudulent scheme stemming from Racketeering activity.

### CLAIM II: 42 USC 1985 - Conspiracy to Interfere With Civil Rights

Against all named Defendants

**Depriving persons of rights or privies**

**Preceding paragraphs are Incorporated herein by reference as if fully efforts herein. Affidavits of Joseph Esquivel, Declarations of William Paatalo, Declaration of Diana Hernandez, Declaration of Bart Baggett, and Declaration of Pamela Zander concurrently filed with this Complaint, the Claims and previous paragraphs and Exhibits incorporated herein by reference as if fully set forth herein.**

79.    Each of the named defendants violated plaintiff's civil rights and have violated plaintiffs' civil

- 24 -

Rights depriving plaintiffs of certain inalienable rights afforded under the constitution and prohibited by 42 USC 1985(3). In particular each of the name defendants sought to interfere with plaintiffs civil rights:

80. The following civil rights have been interfered with and has been violated:

a. THE RIGHT TO OWN PRIVATE PROPERTY AND BE FREE FROM FRAUD.

b. THE RIGHT TO PRIVACY.

c. THE RIGHT TO DUE PROCESS RELATED TO THIRD PARTY CLAIMS AGAINST PROPERTY.

d. THE RIGHT TO SELL PRIVATE PROPERTY AND BE FREE FROM FRAUDULENT SALES AGAINST THE PROPERTY.

e. THE RIGHT TO DUE PROCESS RELATED TO THIRD PARTY CLAIMS AGAINST T THE PROPERTY.

f. THE RIGHT TO BE FREE FROM DEBT HARASSMENT FROM INDIVIDUALS CLAIMING AND INTEREST INTHE SUBJECT PROPERTY.

g. THE RIGHT TO DUE PROCESS UNDER CALIFORNIA LAW REGARDING REAL PROPERTY RIGHTS.

h, THE RIGHT TO DUE PROCESS UNDER FEDERAL LAW REGARDING PROPERTY RIGHTS.

I. THE RIGHT TO BE FREE FROM EVICTION AND UNLAWFUL FORECLOSURE SCAMS,

Each Defendants violated our rights as listed in the preceding paragraphs above.

## CLAIM III:  42 USC 1986 - Civil Action for Neglect to Prevent

Against All Named Defendants:

**Preceding paragraphs are Incorporated herein by reference as if fully efforts herein. Affidavits of Joseph Esquivel, Declarations of William Paatalo, Declaration of Diana Hernandez, Declaration of Bart Baggett, and Declaration of Pamela Zander concurrently filed with this Complaint, the Claims and previous paragraphs and Exhibits incorporated herein by reference as if fully set forth herein.**

81.    Defendants are persons who, having knowledge of wrongs conspired to be done, had the power to prevent or aid in prevention of the commission of the unlawful acts complained of herein, and have neglected or refuses to do so are liable to the plaintiffs injured, to neglect to prevent, and for all damaged caused by defendants wrongful acts, which could have with reasonable diligence been prevented by each of the name defendants

82.    The following civil right has been violated:

a. THE RIGHT TO OWN PRIVATE PROPERTY AND BE FREE FROM FRAUD.

b. THE RIGHT TO PRIVACY.

c. THE RIGHT TO DUE PROCESS RELATED TO THIRD PARTY CLAIMS AGAINST PROPERTY.

d. THE RIGHT TO SELL PRIVATE PROPERTY AND BE FREE FROM FRAUDULENT SALES AGAINST THE PROPERTY.

e. THE RIGHT TO DUE PROCESS RELATED TO THIRD PARTY CLAIMS AGAINST T THE PROPERTY.

f. THE RIGHT TO BE FREE FROM DEBT HARASSMENT FROM INDIVIDUALS CLAIMING AND INTEREST INTHE SUBJECT PROPERTY.

g. THE RIGHT TO DUE PROCESS UNDER CALIFORNIA LAW REGARDING REAL PROPERTY RIGHTS.

h, THE RIGHT TO DUE PROCESS UNDER FEDERAL LAW REGARDING PROPERTY RIGHTS.

I. THE RIGHT TO BE FREE FROM EVICTION AND UNLAWFUL FORECLOSURE SCAMS,

83.    Facts of the violations by each Defendant are reference in Paragraphs 47-78.

**CLAIM VI: 42 USC 1981 - Civil Action for Equal Rights Under Law**
Against all named Defendants:
**Preceding paragraphs are Incorporated herein by reference as if fully efforts herein Affidavits of Joseph Esquivel, Declarations of William Paatalo, Declaration of Diana Hernandez, Declaration of Bart Baggett, and Declaration of Pamela Zander concurrently filed with this Complaint, the Claims and previous paragraphs and Exhibits incorporated herein by reference as if fully set forth herein.**

- 26 -

84. Plaintiffs are African American Citizens of persons with the jurisdiction of the United States shall have the same rights in every State and Territory to make and enforce contracts, to sue, be parties, give evidence and enjoy the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and are to be subject to like punishment, pains, penalties, taxes, licenses and exactions of every kind and to no other.

85. Defendants and each of them, have interfered with Plaintiffs rights to make and enforce contracts including the making, performance, modification and termination and termination of contracts and row enjoyment of all benefits, privileges, terms and conditions of the contractual relationship.

(a) Defendants and each of them have interfered with plaintiffs rights against impairment protected under law and the said interference have resulted in discrimination and a violation of plaintiffs Equal Rights under law.

86. The following civil rights has been violated:

a. THE RIGHT TO OWN PRIVATE PROPERTY AND BE FREE FROM FRAUD.

b. THE RIGHT TO PRIVACY.

c. THE RIGHT TO DUE PROCESS RELATED TO THIRD PARTY CLAIMS AGAINST PROPERTY.

d. THE RIGHT TO SELL PRIVATE PROPERTY AND BE FREE FROM FRAUDULENT SALES AGAINST THE PROPERTY.

e. THE RIGHT TO DUE PROCESS RELATED TO THIRD PARTY CLAIMS AGAINST T THE PROPERTY.

f. THE RIGHT TO BE FREE FROM DEBT HARASSMENT FROM INDIVIDUALS CLAIMING AND INTEREST INTHE SUBJECT PROPERTY.

g. THE RIGHT TO DUE PROCESS UNDER CALIFORNIA LAW REGARDING REAL PROPERTY RIGHTS.

h, THE RIGHT TO DUE PROCESS UNDER FEDERAL LAW REGARDING PROPERTY RIGHTS.

I. THE RIGHT TO BE FREE FROM EVICTION AND UNLAWFUL FORECLOSURE

SCAMS,

87.   Facts of the violations by each Defendant are reference in Paragraphs 47-78. Emphasis should be placed on Defendant Trustee-Judge Poncin

With extreme bias and determination to aid and abet in the theft of the Plaintiffs' home, her Decorum was that of you "Niggers are not good enough to live in that home." Her actions has caused the Plaintiffs much pains and suffering,

### CLAIMS V: U.S. CONSTITUTIONAL VIOLATIONS:

Against all named Defendants:

**Preceding paragraphs are Incorporated herein by reference as if fully efforts herein**

88.   Affidavits of Joseph Esquivel, Declarations of William Paatalo, Declaration of Diana Hernandez, Declaration of Bart Baggett, and Declaration of Pamela Zander concurrently filed with this Complaint, the Claims and previous paragraphs and Exhibits incorporated herein by reference as if fully set forth herein. The named defendants, and each of them individually has violated plaintiffs rights protected under the United States Constitution.

89.   Plaintiffs are Citizens of the United States, and it is specifically alleged herein that defendants, and each of them by their fraudulent conduct have interfered with the Constitutional Rights of Plaintiffs, depriving Plaintiffs of certain property and constitutional rights protected under the United States Constitution.

90.   Defendants fraudulent conduct have interfered with constitutional plaintiffs right to lease, sell hold and

91.   The following US Constitutional rights has been violated:

**The constitutional right to own property without undue harassment of stealing said property by fraudulent documents which have deprived plaintiffs of due process of the property and the constitutional right to due process before property is taken.**

### CLAIM 6:  Complaint for FRAUD & Negligent Misrepresentation

92.   Plaintiffs Brenda Bratton Orea and Charlie Orea alleges that Defendant WFBNA defrauded Plaintiffs  as follows: Defendant's claimed to have purchased the subject property at a foreclosure sale and subsequently recorded a forged and fraudulent Trustee's Deed Upon Sale the property with claim to convey ownership by which in fact does not.

93.    These representations were in fact false.  The truth was as follows:

94.    Defendants are merely third party fraudsters masquerading as heirs and assigns of the original lender and have fraudulently assigned other third party trustee to assist in its money laundering activities and placing fraudulent liens on the property.

95.    (a) When defendant made the representations, (b) defendant knew thigh were false, or c) defendant had no reasonable ground for believing the representations were true.

96.    As a result of the despicable, treacherous and fraudulent acts described herein, the individual Plaintiffs and are entitled to recover from each defendant, the following damages (Against all Defendants individually)

| 1. | Punitive Damages | $7,000.000.00 |
| 2. | Actual Damages | $3,000,000.00 |
| 3. | Damages for FRAUD | $1,000,000.00 |
| 4. | Negligent Misrepresentation | $1,000.000.00 |
| 5. | Intentional Infliction  of Emotional Distress & Pain. | $1,000,000.00 |
| 6. | Restitution Embezzlement | $1,000.000.00 |
| 7. | Restitution for Theft and Trepass | $250,000.00 |
| 8. | Damages for Illegal Eviction | $1,000,000.00 |
| 9. | Invasion of Privacy | $1,000.000.00 |
| 10. | Slander of Title | $10,000,000.00 |
| 11. | Violation of California Deceptive Trade Act.& Cal. Bus. Code. | $1,000,000.00 |
| | Total Damages | $27,250,000.00 |

- 29 -

## PRAYER

WE, believe that we are entitled to the following specific relief:

(a) Actual Monetary Damages Lost from Fraud to the Defendants

(b) Damages for Fraud, Illegal Foreclosure, Illegal Eviction

(c) Treble Damages

(d) Punitive Damages

(e) Declaratory Judgment declaring that defendants acts constituted fraud against real property and

(f) Declaratory Judgment that title vest sole with The Kali Trust and that defendants do not own rights

(g) Vacate Void Judgments of Poncin and Keh

(h) Cancellation of each and every Written Instrument fraudulent proven to be fraud and that said written instruments be delivered up for Cancellation.

**VERIFICATION**

WE, Brenda Bratton Orea and Charlie Orea are the Plaintiffs in the above entitled action.

WE have read the forgoing complaint and know then contents thereof. The same is true of our own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, we believe it to be true.

We, declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Rancho Cucamonga, California on July 30, 2022.

*Brenda Bratton Orea    Charlie Orea*

Brenda Bratton Orea and Charlie Orea